UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                                            Criminal No. 18-mj-30259

    Plaintiff,

                                            Hon. Anthony P. Patti

v.

JACKIE DOUGLAS WOODBURN,

    Defendant.

## MOTION TO SEAL

      The United States of America and the Defendant respectfully request that the Audio Recording and transcript of the detention hearing held on May 9, 2018 as well as this motion and the order to seal, and Government's Exhibit A from the detention hearing be sealed until further order of the Court to prevent destruction of, or tampering with evidence by coconspirators; to prevent flight from

prosecution of coconspirators; and to avoid jeopardizing the ongoing investigation of the Defendant and his coconspirator's conduct.

                                                Respectfully submitted,

                                                MATTHEW SCHNEIDER
                                                United States Attorney

                                                s/April N. Russo
                                                April N. Russo
                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI  48226
                                                april.russo@usdoj.gov
                                                313-226-9129

                                                s/Gerry Mason w/consent
                                                Gerry Mason
                                                Attorney for Jackie Woodburn
                                                1700 Busha Highway
                                                Marysville, MI 48040
                                                (810)-989-0057

Dated:  May 9, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

Criminal No. 18-mj-30259

Hon. Anthony P. Patti

v.

JACKIE DOUGLAS WOODBURN,

        Defendant.

## ORDER TO SEAL

The parties having moved to seal Audio Recording and transcript of the detention hearing that took place on May 9, 2018, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Audio Recording and transcript of the detention hearing, the motion to seal, this order, and Government's Exhibit A from the detention hearing, be sealed until further Order of this Court.

Dated: May 10, 2018

        s/Anthony P. Patti
        Anthony P. Patti
        United States Magistrate Judge