UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-20554 |
| Plaintiff, | |
| | Hon. PAUL D. BORMAN |
| vs. | |
| | VIOL: |
| D-1, JACKIE DOUGLAS WOODBURN, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2422(b) |
| | 18 U.S.C. § 2252A(a)(2) |
| Defendant | 18 U.S.C. § 2253 |
| | 18 U.S.C. § 2252A(a)(5)(B) |
| | 18 U.S.C. § 2 |



FILED
AUG 22 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

## Defendant's Acknowledgment of Indictment

I, JACKIE DOUGLAS WOODBURN, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:
Attempted Production and Production
of Child Pornography
18 U.S.C. § 2251(a)

15 to 30 years' imprisonment,
a $250,000 fine, or both

Count 2:
Online Enticement of a Minor
18 U.S.C. § 2; 2422(b)

10 years – life imprisonment,
a $250,000 fine, or both.

Count 3:
Attempted Production and Production
of Child Pornography
18 U.S.C. § 2251(a)

15 to 30 years' imprisonment,
a $250,000 fine, or both

Count 4:
Online Enticement of a Minor
18 U.S.C. § 2; 2422(b)

10 years – life imprisonment,
a $250,000 fine, or both.

Count 5:
Attempted Enticement of a Minor
18 U.S.C. § 2; 2422(b)

10 years – life imprisonment,
a $250,000 fine, or both.

Count 6:  
Receipt of  
Child Pornography  
18 U.S.C. § 2252A(a)(2)

5-20 years' imprisonment,  
a $250,000 fine, or both

Count 7:  
Possession of  
Child Pornography  
18 U.S.C. § 2252A(a)(5)(b)

Up to 20 years' imprisonment,  
a $250,000 fine, or both.

8/22/18

_____  
JACKIE DOUGLAS WOODBURN,  
Defendant

## Acknowledgment of Defense Counsel

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.

Dated: 8-22-18     _____
                                          Counsel for Defendant