UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                           Case No.  18-cr-20554
          Plaintiff,          Honorable Paul D. Borman

v.

JACKIE DOUGLAS WOODBURN,

         Defendant.

_____/

## ORDER  DETERMINING EXCLUDABLE DELAY

On March 4, 2019 a status conference was held in the above case.  The parties

discussed the competency reports issued by the Bureau of Prisons for the defendant

and all agreed that he was competent to assist in his own defense.  The Court declares

that the defendant is competent to proceed in this case.  Defense counsel asked for

time to obtain a private evaluation as to criminal responsibility that he may present as

a defense at trial.  Defense counsel further needs to review some evidence at the

government attorneys' offices and discuss plea negotiation/trial preparation with the

defendant.

The defendant placed his waiver of his right to Speedy Trial on the record.  The

Court concludes that in the interests of justice under the Speedy Trial Act, a delay is

necessary and that the failure to grant a  continuance would deny the defendant

effective assistance of counsel; the ends of justice are served by the granting of such continuance, outweighing the interests of the public in a speedy trial  18 U.S.C. § 3161(h)(7)(A).

**IT IS ORDERED** that the following dates are set in this case:

Defense expert report due and all discovery to be reviewed by: **May 3, 2019**

Motion deadline:   **May 17, 2019**

Plea cutoff deadline is: **May 28, 2019**

Pretrial conference/Plea hearing is set for: **May 28, 2019 at 10:30 a.m.**

Jury trial: **June 18, 2019 @10:00 a.m.**

**IT IS FURTHER ORDERED** that the time from March 5, 2019 until June 18, 2019 is  excluded under the Speedy Trial Act, 18 U.S.C.§3161(h)(8)(B)(iv), to give reasonable time for defense counsel to obtain a private expert evaluation and report and  for  defendant  and  his  counsel  to   review  the  discovery  provided  by  the government, file any motions deemed necessary and review any proposed Rule 11 plea agreements.

SO ORDERED.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated:  March 6, 2019