UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,	Case No. 2:18-cr-20554-PDB-APP

      Plaintiff,	Hon. District Judge Paul D. Borman

-v-

JACKIE DOUGLAS WOODBURN

      Defendant.

_____/

## STIPULATION AND ORDER TO ALLOW ACCESS TO DEFENDANT FOR PURPOSE OF PRIVATE EVALUATION

**IT IS HEREBY STIPULATED AND AGREED** that Dr. Steven Miller, PhD and Carl Hagstrom, LMSW shall have access to Defendant Woodburn so long as he remains in custody for the purposes of evaluation.

**FURTHER** that Dr. Miller shall access to any medical and mental health records.

**FURTHER** that Carl Hagstrom shall have use of a computer, pens, paper, pencils and necessary time block for testing and evaluation purposes.

    IT IS SO ORDERED:


Dated: April 17, 2019	s/Paul D. Borman_____
                                     Paul D. Borman
                                     United States District Judge

Stipulated and agreed to by:

/s/  April Nicole Russo
APRIL NICOLE RUSSO
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226
Tel.    (313) 226-9129
Fax.    (313) 226-5892
E-Mail:  april.russo@usdoj.gov

/s/  Kevin Mulcahy
KEVIN MULCAHY
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226
Tel.    (313) 226-9129
Fax.    (313) 226-5892
E-Mail:  kevin.mulcahy@usdoj.gov

/s/  Gerry Mason-_____
GERRY MASON (P59065)
GERRY MASON LAW OFFICE PLLC
Attorney for Defendant
1700 Busha Hwy
Marysville, Michigan  48040
Tel.    (810) 989-0057
Fax    (810) 989-6107
gdblues@yahoo.com
P59065