UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:18-cr-20554

                 Plaintiff,                    Paul D. Borman
                                          United States District Judge

    -v-

JACKIE DOUGLAS WOODBURN

             Defendant.

_____/

## STIPULATED ORDER TO ALLOW ADDITIONAL TIME FOR COMPLETION OF EXPERT REPORTS

IT IS HEREBY STIPULATED AND AGREED that the deadline of May 3, 2019 for Dr. Steven Miller, PhD and Carl Hagstrom, LMSW to complete their evaluation reports is extended and the reports shall now be completed on or before June 14, 2019.

IT IS SO ORDERED:


Dated: May 10, 2019                    s/Paul D. Borman
                                          Paul D. Borman
                                          United States District Judge

Stipulated and agreed to by:

/s/  April Nicole Russo
APRIL NICOLE RUSSO
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226
Tel.    (313) 226-9129
Fax.    (313) 226-5892
E-Mail:  april.russo@usdoj.gov

/s/  Kevin Mulcahy
KEVIN MULCAHY
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226
Tel.    (313) 226-9129
Fax.    (313) 226-5892
E-Mail:  kevin.mulcahy@usdoj.gov

/s/  Gerry Mason-_____
GERRY MASON (P59065)
GERRY MASON LAW OFFICE PLLC
Attorney for Defendant
1700 Busha Hwy
Marysville, Michigan  48040
Tel.    (810) 989-0057
Fax    (810) 989-6107
gdblues@yahoo.com
P59065