

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
    Plaintiff,

-v-

JACKIE DOUGLAS WOODBURN
    Defendant(s).

Case No. 2:18-cr-20554-PDB-APP
Hon. District Judge Paul D. Borman

_____/

## STIPULATION AND ORDER TO ALLOW ADDITIONAL TIME FOR COMPLETION OF EXPERT REPORTS

**IT IS HEREBY STIPULATED AND AGREED** that the deadline of May 3, 2019 for Dr. Steven Miller, PhD and Carl Hagstrom, LMSW to complete their evaluation reports is extended and the reports shall now be completed on or before June 11, 2019.

**IT IS SO ORDERED:**

Dated: MAY 10 2019

_____
Paul D. Borman
United States District Judge

Stipulated and agreed to by:

/s/ April Nicole Russo
APRIL NICOLE RUSSO
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Tel.   (313) 226-9129
Fax.   (313) 226-5892
E-Mail: april.russo@usdoj.gov
P

/s/ Kevin Mulcahy
KEVIN MULCAHY
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Tel.   (313) 226-9129
Fax.   (313) 226-5892
E-Mail: kevin.mulcahy@usdoj.gov
P

/s/ Gerry Mason-_____
GERRY MASON (P59065)
GERRY MASON LAW OFFICE PLLC
Attorney for Defendant
1700 Busha Hwy
Marysville, Michigan 48040
Tel.   (810) 989-0057
Fax   (810) 989-6107
gdblues@yahoo.com
P59065