UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                              Case No. 2:18–cr–20554–PDB–APP
                                               Hon. Paul D. Borman

Jackie Douglas Woodburn,

                Defendant(s),

_____/

## ORDER REQUIRING RESPONSE

The defendant, Jackie Douglas Woodburn, has filed the following document:

       Motion – #24

IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before May 20, 2019.

                                                  s/Paul D. Borman
                                                  Paul D. Borman
                                                  U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/D Tofil
                                                  Case Manager

Dated:  May 17, 2019