UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

              Plaintiff,

v.                                           Case No. 2:18−cr−20554−PDB−APP
                                              Hon. Paul D. Borman

Jackie Douglas Woodburn,

              Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Jackie Douglas Woodburn

The defendant(s) shall appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  September 11, 2019 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/D Tofil
                                                        Case Manager

Dated:  September 3, 2019