UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,

v.

D-1 Jackie Douglas Woodburn,

          Defendant.

_____/

Case No.  18-cr-20554

Honorable Paul D. Borman

## **NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY**

**To:   Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

*Add the following AUSA(s):*

Name:        Linda Aouate
Bar ID:      (P70693)
Telephone:   (313) 226-9587
Fax:         (313) 226-3800
Email:       linda.aouate@usdoj.gov

*Terminate the following AUSA(s):*

NONE

                                                          Respectfully submitted,

                                                          MATTHEW SCHNEIDER
                                                          United States Attorney

                                                          <u>s/Linda Aouate</u>
                                                          LINDA AOUATE, AUSA
                                                          U.S. Attorneys Office
                                                          211 W. Fort Street, Ste. 2001
                                                          Detroit, MI 48226
                                                          (313) 226-9587
                                                          Email: linda.aouate@usdoj.gov
                                                          (P70693)

Dated: January 21, 2020