UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,

v.

D-1 Jackie Douglas Woodburn,

                Defendant.
_____/

Case No. 18-cr-20554

Honorable Paul D. Borman

## CERTIFICATE OF SERVICE

It is hereby certified that service of the **Notice of Preliminary Order of Forfeiture** and this **Certificate of Service** has been made on January 24, 2020, upon the following by certified and regular mail:

Debbie Woodburn
XXXX Metcalf
Fort Gratiot, MI 48059

                s/Linda Aouate
                LINDA AOUATE (P70693)
                Assistant United States Attorney
                211 W. Fort Street, Suite 2001
                Detroit, Michigan  48226
                (313) 226-9587
                Linda.aouate@usdoj.gov