UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

            Plaintiff,

v.

D-1 Jackie Douglas Woodburn,

            Defendant.
_____/

Case No.  18-cr-20554

Honorable Paul D. Borman

## CERTIFICATE OF SERVICE

It is hereby certified that service of the **Notice of Preliminary Order of Forfeiture** and this **Certificate of Service** has been made on February 13, 2020, upon the following by certified and regular mail:

Debbie Woodburn
XXXX Greenview Pl
Bay City, MI 48706

            s/Linda Aouate
            LINDA AOUATE (P70693)
            Assistant United States Attorney
            211 W. Fort Street, Suite 2001
            Detroit, Michigan  48226
            (313) 226-9587
            Linda.aouate@usdoj.gov